UNITED STATES BANKRUPTCY COURT
DISTRICT OF Nevada
Las Vegas DIVISION

IN RE: § CASE NO. 08-13152
 CHAPTER 7
 §
 Bruce A. Markell
 §
Robert A. Garcia
Patricia Garcia § REQUEST FOR NOTICE
 FOR CREDITOR (DYCK-O'NEAL)

Comes now a party in interest, Dyck-O'Neal, Inc., and respectfully requests notice in the above identified case.

Please send all future notices to the following address:

       Dyck-O'Neal, Inc.
       P.O. Box 13370
       Arlington, TX  76094

       Respectfully submitted,

       /s/ Melissa Gattis
       Dyck-O'Neal, Inc.
       Bankruptcy Dept.
       P.O. Box 13370
       Arlington, TX  76094
       (800) 418-9401

Electronic or mailed copies to:

William A. Leonard        Barry Levinson
5030 Paradise Rd #B216        2819 S. Rainbow Blvd.
Las Vegas, NV 89119        Las Vegas, NV 89146

101401319