IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re:<br>Patricia Garcia<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter:  7<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 08-13152<br>[No Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:
      HSBC BANK NEVADA, N.A.
        COMP USA

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

      HSBC BANK NEVADA, N.A.
      Bass & Associates, P.C.
      3936 E. Ft. Lowell Road, Suite #200
      Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 04/18/08
Account Number: ****************2618

      Respectfully submitted,
      Bass & Associates, P.C.

      By: /s/ Patti H. Bass  (AZ 016849)
          Attorneys for Creditor
          HSBC BANK NEVADA, N.A.
          3936 E Ft Lowell Rd Suite 200
          Tucson, AZ  85712-1083
          (520) 577-1544
          ecf@bass-associates.com